1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cv-02062-GEB-EFB |
| | ) | |
| Plaintiff, | ) | **APPLICATION AND ORDER FOR** |
| | ) | **PUBLICATION** |
| v. | ) | |
| | ) | |
| ONE SMITH & WESSON, MODEL 916A, 12 GAUGE SHOTGUN, SERIAL NUMBER 142B05, | ) | |
| ONE REMINGTON, MODEL 11-48, 12 GAUGE SHOTGUN, SERIAL NUMBER 4102424, | ) | |
| ONE JAPANESE, UNKNOWN CALIBER RIFLE, SERIAL NUMBER 17534, | ) | |
| ONE REMINGTON, 12 GAUGE SHOTGUN, SERIAL NUMBER U105116, | ) | |
| ONE NORINCO, MODEL SKS, 7.62 CALIBER RIFLE, SERIAL NUMBER 1738599, | ) | |
| ONE SPRINGFIELD, MODEL 15, .22 CALIBER WEAPON MADE FROM A RIFLE, WITHOUT A SERIAL NUMBER, | ) | |
| ONE IVER JOHNSON, .32 CALIBER REVOLVER, SERIAL NUMBER 97406, | ) | |
| FIVE (5) ROUNDS SMITH & WESSON AMMUNITION, AND | ) | |
| /// | ) | |

1

```
1  FIVE(5) ROUNDS OF ASSORTED      )
   AMMUNITION,                     )
2                                  )
              Defendants.          )
3  _____)
```

4    The United States of America, Plaintiff herein, applies for
5 an order of publication as follows:
6    1.   Rule G(4) of the Supplemental Rules for Admiralty or
7 Maritime Claims and Asset Forfeiture Actions (hereafter
8 "Supplemental Rules") provides that the Plaintiff shall cause
9 public notice of the action and arrest to be given in a newspaper
10 of general circulation or on an official internet government
11 forfeiture site;
12    2.   Local Rule 83-171, Eastern District of California,
13 provides that the Court shall designate by order the appropriate
14 newspaper or other vehicle for publication;
15    3.   The defendants one Smith & Wesson, Model 916A, 12 gauge
16 shotgun, serial number 142B05; one Remington, Model 11-48, 12
17 gauge shotgun, serial number 4102424; one Japanese, unknown
18 caliber rifle, serial number 17534; one Remington, 12 gauge
19 shotgun, serial number U105116; one Norinco, Model SKS, 7.62
20 caliber rifle, serial number 1738599; one Springfield, Model 15,
21 .22 caliber weapon made from a rifle, without a serial number;
22 and five(5) rounds of assorted ammunition, (hereafter the
23 "defendant firearms") were seized in the city of Vallejo, in
24 Solano County, California.  The Bureau of Alcohol, Tobacco,
25 Firearms & Explosives ("ATF") published notice of the nonjudicial
26 forfeiture of the defendant firearms on May 1, 8, and 15, 2008 in
27 the <u>Wall Street Journal</u>.  The defendants one Iver Johnson, .32
28 caliber revolver, serial number 97406, and five (5) rounds Smith

1 & Wesson ammunition, were seized in the city of Camino, in El
2 Dorado County, California.  The ATF published notice of the
3 nonjudicial forfeiture of these defendant firearms on May 22 and
4 29, 2008 and June 5, 2008 in the <u>Wall Street Journal</u>.
5     4.   Plaintiff proposes that publication be made as follows:
6         a.   One publication;
7         b.   Thirty (30) consecutive days;
8         c.   On the official internet government forfeiture
9 site www.forfeiture.gov;
10         d.   The publication is to include the following:
11           (1)  The Court and case number of the action;
12           (2)  The date of the arrest/seizure;
13           (3)  The identity and/or description of the
14 property arrested/seized;
15           (4)  The name and address of the attorney for the
16 Plaintiff;
17           (5)  A statement that claims of persons entitled
18 to possession or claiming an interest pursuant to Supplemental
19 Rule G(5) must be filed with the Court and served on the attorney
20 for the Plaintiff no later than 60 days after the first day of
21 publication on the official internet government forfeiture site;
22 and
23           (6)  A statement that answers to the Complaint or
24 a motion under Rule 12 of the Federal Rules of Civil Procedure
25 ("Fed. R. Civ. P.") must be filed and served within 20 days after
26 ///
27 ///
28 ///

the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: Sept. 2, 2008          McGREGOR W. SCOTT
                              United States Attorney


                              /s/ Kristin S. Door
                              KRISTIN S. DOOR
                              Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

Dated: September 4, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

4