```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8                    IN THE UNITED STATES DISTRICT COURT

 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   2:08-CV-02062-GEB-EFB
                                   )
12           Plaintiff,            )   FINDINGS AND RECOMMENDATIONS
                                   )
13       v.                        )
                                   )
14  ONE SMITH & WESSON, MODEL      )
    916A, 12 GAUGE SHOTGUN,        )
15  SERIAL NUMBER 142B05,          )
                                   )
16  ONE REMINGTON, MODEL 11-48,    )
    12 GAUGE SHOTGUN, SERIAL       )
17  NUMBER 4102424,                )
                                   )
18  ONE JAPANESE, UNKNOWN CALIBER  )
    RIFLE, SERIAL NUMBER 17534,    )
19                                 )
    ONE REMINGTON, 12 GAUGE        )
20  SHOTGUN, SERIAL NUMBER         )
    U105116,                       )
21                                 )
    ONE NORINCO, MODEL SKS, 7.62   )
22  CALIBER RIFLE, SERIAL NUMBER   )
    1738599,                       )
23                                 )
    ONE SPRINGFIELD, MODEL 15,     )
24  .22 CALIBER WEAPON MADE FROM   )
    A RIFLE, WITHOUT A SERIAL      )
25  NUMBER,                        )
                                   )
26  ONE IVER JOHNSON, .32 CALIBER  )
    REVOLVER, SERIAL NUMBER 97406,)
27                                 )
    FIVE (5) ROUNDS SMITH & WESSON)
28  AMMUNITION, AND                )

                                  1
```

```
1  FIVE(5) ROUNDS OF ASSORTED     )
   AMMUNITION,                    )
2                                 )
              Defendants.         )
3  _____)
```

4    This matter came before the Honorable Edmund F. Brennan on
5 plaintiff United States' *ex parte* motion for default judgment.
6 There was no appearance by or on behalf of any other person or
7 entity claiming an interest in the defendant firearms to oppose
8 plaintiff's motion.  Based on plaintiff's motion and the files
9 and records of the court, THE COURT FINDS as follows:

10    1.   This action arose out of a Verified Complaint for
11 Forfeiture *In Rem* filed September 2, 2008.

12    2.   Plaintiff United States of America has moved this Court,
13 pursuant to Local Rule A-540, for entry of default judgment of
14 forfeiture against potential claimants Douglass Stuart Fowler and
15 Jean Fowler.

16    3.   Plaintiff has shown that a complaint for forfeiture was
17 filed; that potential claimants Douglass Stuart Fowler and Jean
18 Fowler received actual notice of the forfeiture action; that any
19 and all other unknown potential claimants have been served by
20 publication; and that grounds exist for entry of a final judgment
21 of forfeiture.

22    Therefore, IT IS RECOMMENDED as follows:

23    4.   That Douglass Stuart Fowler and Jean Fowler be held in
24 default;

25    5.   That plaintiff's motion for default judgment and final
26 judgment of forfeiture be granted;

27    6.   That a judgment by default be entered against any right,
28 title or interest of potential claimants Douglass Stuart Fowler

and Jean Fowler in the defendant firearms;

    7.   That a final judgment be entered, forfeiting all right, title and interest in the defendant firearms to the United States of America, to be disposed of according to law.

    8.   That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Garland E. Burrell, Jr. and filed by the Clerk of the Court.

Dated: February 11, 2009

*/s/ Edmund F. Brennan*

EDMUND F. BRENNAN
United States Magistrate Judge