```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>       v.                          )<br>                                   )<br>ONE SMITH & WESSON, MODEL          )<br>916A, 12 GAUGE SHOTGUN,            )<br>SERIAL NUMBER 142B05,              )<br>                                   )<br>ONE REMINGTON, MODEL 11-48,        )<br>12 GAUGE SHOTGUN, SERIAL           )<br>NUMBER 4102424,                    )<br>                                   )<br>ONE JAPANESE, UNKNOWN CALIBER      )<br>RIFLE, SERIAL NUMBER 17534,        )<br>                                   )<br>ONE REMINGTON, 12 GAUGE            )<br>SHOTGUN, SERIAL NUMBER             )<br>U105116,                           )<br>                                   )<br>ONE NORINCO, MODEL SKS, 7.62       )<br>CALIBER RIFLE, SERIAL NUMBER       )<br>1738599,                           )<br>                                   )<br>ONE SPRINGFIELD, MODEL 15,         )<br>.22 CALIBER WEAPON MADE FROM       )<br>A RIFLE, WITHOUT A SERIAL          )<br>NUMBER,                            )<br>                                   )<br>ONE IVER JOHNSON, .32 CALIBER      )<br>REVOLVER, SERIAL NUMBER 97406,     )<br>                                   )<br>FIVE (5) ROUNDS SMITH & WESSON     )<br>AMMUNITION, AND                    )<br>FIVE(5) ROUNDS OF ASSORTED         )<br>AMMUNITION,                        ) | 2:08-CV-02062-GEB-EFB<br><br>DEFAULT JUDGMENT AND FINAL<br>JUDGMENT OF FORFEITURE |

1

|   |                                             |
|---|---------------------------------------------|
| 1 |                                          )  |
|   |          Defendants.                     )  |
| 2 | _____)  |

3    This matter came before the Honorable Magistrate Judge
4 Edmund F. Brennan on plaintiff United States' ex parte motion for
5 default judgment. There was no appearance by or on behalf of any
6 other person or entity claiming an interest in the defendant
7 firearms to oppose plaintiff's motion. The Magistrate Judge has
8 recommended that plaintiff's motion for default judgment be
9 granted. Based on the Magistrate Judge's Findings and
10 Recommendations and the files and records of the Court, it is
11    ORDERED, ADJUDGED AND DECREED:
12    1.   The Magistrate Judge's Findings and Recommendations are
13 adopted herein.
14    2.   Douglass Stuart Fowler and Jean Fowler are held in
15 default;
16    3.   A judgment by default is hereby entered against any
17 right, title or interest of Douglass Stuart Fowler and Jean
18 Fowler in the defendant firearms referenced in the above-caption;
19    4.   A final judgment is hereby entered, forfeiting all
20 right, title and interest in the defendant firearms to the United
21 States of America, to be disposed of according to law.
22    5.   All parties shall bear their own costs and attorneys'
23 fees.

Dated: February 13, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge